# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| In Re:<br>GUISHARD, WILBURN & SHORTS, INC<br><br><br>Debtor(s) | **Case No.**  11-12123<br>**Chapter**    7 Asset Case<br>**Judge**      W. H. DRAKE<br><br>**Trustee**    JAMES G. BAKER |
|---|---|

### INTERIM REPORT OF TRUSTEE

1. Report for period ending 3/31/2012

2. Date of section 341(a) meeting: 7/22/2011      341A continued date: 8/4/2011
   Date appointment accepted: 6/24/2011

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 0.00 | Checking | 0.00 |
   | Total disbursements | 0.00 | Money Market | 0.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **0.00** |

   The amount of the Trustee's bond is: Blanket Bond $81,385,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                **$26,211.06**
   (from Individual Estate Property Record – Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:     **(None)**
5. Projected total value to be realized (total of 3 + 4):                          **$26,211.06**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:
   Next Activity: Trustee has reviewed documents provided by creditors regarding claims against owner and Debtor. Trustee is continuing to collect information regarding possibility of recovery of assets for benefit of estate.
   Matters Pending, Date of Hearing or Sale, and Other Action:

7. Projected date of final report:  12/31/2012

   Trustee's Signature:    /s/ JAMES G. BAKER
                           JAMES G. BAKER
                           305 NORTH GREENWOOD STREET
                           LAGRANGE GA 30240
   Date:  4/30/2012        (706) 884-3059

# FORM 2
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 11-12123 WHD | Judge: | W. H. Drake Jr. | | Trustee Name: | JAMES G. BAKER |
| Case Name: | GUISHARD, WILBURN & SHORTS, INC | | | | Date Filed (f) or Converted (c): | 6/23/2011 (f) |
| | | | | | 341(a) Meeting Date: | 7/22/2011 |
| For Period Ending: 3/31/2012 | | | | | Claims Bar Date: | / / |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | BUSINESS CHECKING CAPITOL CITY BANK FUNDS CURRENTLY FROZEN B | 24,483.57 | 24,483.57 | | 0.00 | 24,483.57 |
| 3 | BUSINESS CHECKING CAPITOL CITY BANK | 1,727.49 | 1,727.49 | | 0.00 | 1,727.49 |
| 4 | 5 DESK/CHAIR SETS (OLDER), 5 FILING CABINETS, 3 BOOK SHELVES | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 5 | 2 DELL COMPUTERS WITH MONITORS | 200.00 | 200.00 | OA | 0.00 | FA |
| 6 | 3 HP1500 LASER PRINTERS | 150.00 | 150.00 | OA | 0.00 | FA |
| 7 | PHONE EQUIPMENT | 400.00 | 400.00 | OA | 0.00 | FA |
| 8 | 6 CHAIRS | 120.00 | 120.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values)         $29,581.06         $29,581.06                    $0.00

Gross Value of Remaining Assets
$26,211.06
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has reviewed documents provided by creditors regarding claims against owner and Debtor. Trustee is continuing to collect information regarding possibility of recovery of assets for benefit of estate.

RE PROP #   2   --   Trustee is attempting to recover funds
RE PROP #   3   --   Trustee is attempting to recover funds

Initial Projected Date of Final Report (TFR):   12/31/2012        Current Projected Date of Final Report (TFR):   12/31/2012

Trustee's Signature:   /s/ JAMES G. BAKER
                      _____   Date: 04/30/12
                      JAMES G. BAKER

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case 11-12123, has no bank accounts to report.

Page: 1