**IT IS ORDERED as set forth below:**



Date:  February 26, 2013

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO 11-12123-WHD |
| | ) | |
| GUISHARD, WILBURN & SHORTS, INC., | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE W. HOMER DRAKE |
| | ) | |
| THE HUNTINGTON NATIONAL BANK, | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| GUISHARD, WILBURN & SHORTS, INC., | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**ORDER REOPENING BANKRUPTCY CASE FOR LIMITED PURPOSE**

This matter is before the Court on the Motion of The Huntington National Bank ("HNB") to reopen the above-styled bankruptcy case (the "Motion to Reopen") [Docket No. 20] for the limited purpose of seeking relief as described in the Motion of The Huntington National Bank for Relief From the Automatic Stay, to Annul the Automatic Stay Ab Initio filed January 15,

2013 [Docket No. 18] (the "Motion for Relief"). After proper notice and opportunity to respond, the Motion to Reopen appeared before the Court at a hearing on February 22, 2013.

Based on the matters set forth in the Motion to Reopen, the argument at the February 22, 2013 hearing, and for sufficient other cause, it is hereby

**ORDERED**, the above-styled bankruptcy case is reopened for the limited purpose of allowing HNB to seek the relief sought in the Motion for Relief. It is further

**ORDERED**, the appointment of a Chapter 7 Trustee is not necessary.

**END OF DOCUMENT**

PRESENTED BY:

MILLER & MARTIN PLLC

*/s/ William A. DuPré, IV*
William A. DuPré, IV
Georgia Bar No. 234882
bdupre@millermartin.com
Christopher M. Walsh
Georgia Bar No. 140830
cwalsh@millermartin.com
Michael A. Coots, Jr.
Georgia Bar No. 410280
mcoots@millermartin.com
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
(404) 962-6100
(404) 962-6300 (Facsimile)

*Attorneys for The Huntington National Bank*

4269979v1

**Distribution List**

William A. DuPré, IV
Christopher M. Walsh
Michael A. Coots, Jr.
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
*Attorneys for The Huntington National Bank*

Guishard, Wilburn & Shorts, Inc.
175 Carnegie Place, Suite 115
Fayetteville, GA  30214

Stephen F. Suarino, Esq.
Suarino Law, PC
1770 Indian Trail-Lilburn Road
Suite 140
Norcross, GA  30093
*Attorney for Debtor*

James G. Baker, Esq.
James G. Baker, P.C.
305 North Greenwood Street
LaGrange, GA  30240
*Chapter 7 Trustee*

Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street SW
Atlanta, GA  30303

Allen Pendergrass
441 Highway 279
Fayetteville, GA  30214

Allen Pendergrass
1272 Labelle Street
Jonesboro, GA  30238

Ron C. Bingham, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA  30308
*Attorneys for RBC Bank (USA)(Inc.)*

4269979v1