**IT IS ORDERED as set forth below:**



Date:  April 15, 2013

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO 11-12123-WHD |
| | ) | |
| GUISHARD, WILBURN & SHORTS, INC., | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE W. HOMER DRAKE |
| | ) | |
| THE HUNTINGTON NATIONAL BANK, | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| GUISHARD, WILBURN & SHORTS, INC., AND JAMES G. BAKER, CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## ORDER ANNULLING AUTOMATIC STAY *AB INITIO*

This matter is before the Court on the Motion of The Huntington National Bank for Relief From the Automatic Stay, to Annul the Automatic Stay *Ab Initio* filed January 15, 2013 [Docket No. 18] (the "Motion").  Attached to the Motion were various items in support thereof, including Declarations of Jeffrey Braden and Latonia Sheppard in support of a Motion for

4269979v1

Temporary Restraining Order and Preliminary Injunction, filed by The Huntington National Bank ("HNB") in the lawsuit captioned *The Huntington National Bank v. Guishard, Wilburn & Shorts, LLC, et al.*, United States District Court, Southern District of Ohio, Case No. 2:12-cv-01035 (the "Ohio Litigation").

As more fully described in the Motion, HNB avers that the automatic stay has no application to the Ohio Litigation. The Court finds that argument to be well taken. Based on the matters set forth in the Motion and its attachments, it is hereby

**ORDERED**, to the extent the automatic stay might even apply, it is hereby annulled *ab initio* with respect to all matters related to the Ohio Litigation. As a result, all actions taken to date in the Ohio Litigation are deemed valid and unaffected by this bankruptcy case and all actions needed to conclude the claims set forth in the Ohio Litigation may proceed, all as if this bankruptcy case had never been filed. It is further

**ORDERED**, that the stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF DOCUMENT**

PRESENTED BY:

MILLER & MARTIN PLLC

*/s/ Christopher M. Walsh*
William A. DuPré, IV
Georgia Bar No. 234882
bdupre@millermartin.com
Christopher M. Walsh
Georgia Bar No. 140830
cwalsh@millermartin.com
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
(404) 962-6100
(404) 962-6300 (Facsimile)

*Attorneys for The Huntington National Bank*

4269979v1

## Distribution List

William A. DuPré, IV
Christopher M. Walsh
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
*Attorneys for The Huntington National Bank*

Guishard, Wilburn & Shorts, Inc.
175 Carnegie Place, Suite 115
Fayetteville, GA  30214

Stephen F. Suarino, Esq.
Suarino Law, PC
1770 Indian Trail-Lilburn Road
Suite 140
Norcross, GA  30093
*Attorney for Debtor*

James G. Baker, Esq.
James G. Baker, P.C.
305 North Greenwood Street
LaGrange, GA  30240
*Chapter 7 Trustee*

Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street SW
Atlanta, GA  30303

Allen Pendergrass
441 Highway 279
Fayetteville, GA  30214

Allen Pendergrass
1272 Labelle Street
Jonesboro, GA  30238

Ron C. Bingham, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA  30308
*Attorneys for RBC Bank (USA)(Inc.)*

4269979v1